**Order entered September 29, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00202-CR

### JAMES CURTIS MANNING, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F-1657002-X**

## ORDER

Before the Court is appellant's September 24, 2021 second motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE